UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALLFOUR,

                          Plaintiff,

          -against-                           **ORDER**
                                                          CV 11-1619 (JFB)(ARL)

SALVATORE BONO, JOHN DOE and/or
JANE DOE,

                          Defendants.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is Plaintiff's letter application dated April 18, 2011 seeking an extension of time to respond to the third party complaint and/or counterclaims filed in defendants' notice of removal. Plaintiff's motion is granted. Plaintiff's time to respond to the complaint is extended to August 5, 2011 while the court reviews the litigation in this action.

Dated: Central Islip, New York                **SO ORDERED:**
       May 5, 2011

                                                           /s/
                                      ARLENE ROSARIO LINDSAY
                                      United States Magistrate Judge